AO 91 (Rev. 11/11)  Criminal Complaint   (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:21MJ255 |
| ANTHONY H. YORK | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

FILED
RICHARD W. NAGEL
CLERK OF COURT

7/13/21

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 7, 2021  in the county of  Greene  in the
Southern  District of  Ohio , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 922(g)(1) and 924(a)(2); and | Felon in Possession of a Firearm; and |
| 18 U.S.C. §§ 922(g)(9) and 924(a)(2) | Domestic Violence Misdemeanant in Possession of a Firearm |

This criminal complaint is based on these facts:

See affidavit of T.J. Housum, ATF

☑ Continued on the attached sheet.

TIMUR HOUSUM  Digitally signed by TIMUR HOUSUM
Date: 2021.07.13 13:08:29 -04'00'

*Complainant's signature*

Timur J. Housum, SA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
FaceTime  *(specify reliable electronic means)*

Date:  7/13/21

City and state:

Hon. Sharon L. Ovington, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Timur J. Housum ("Affiant"), being duly sworn, depose and state the following:

1. I have been employed with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since July of 2015. As a part of my training with the ATF, I graduated from the Federal Law Enforcement Training Center, Criminal Investigator School, located in Glynco, Georgia. I graduated from the ATF Special Agent Basic Training Academy, located in Glynco, Georgia, in February of 2016. I am currently assigned to a Violent Offender Crime Task Force that investigates criminal organizations in the Southern Judicial District of Ohio. Prior to my employment with ATF, I was an Officer with the Uniformed Division of the United States Secret Service and was employed in this position from February of 2011 through July of 2015 where I received additional training. I have been involved in numerous investigations of Federal firearms and narcotic violations. These investigations have resulted in the arrest and conviction of criminal defendants.

2. I make this affidavit in support of a criminal complaint and arrest warrant for **Anthony Harold YORK,** for violations of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(g)(9).

3. 18 U.S.C. § 922(g)(1) prohibits any person who has previously been convicted of a felony offense—*i.e.*, an offense punishable by imprisonment for a term exceeding one year—from possessing any firearm or ammunition in and affecting interstate commerce.

4. 18 U.S.C. § 922(g)(9) prohibits any person who has previously been convicted in any court of a misdemeanor crime of domestic violence from possessing any firearm or ammunition in and affecting interstate commerce

5. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews and reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

6. On or about July 7, 2021, Fairborn Police Officers, while on routine patrol near the Mobil Gas Station located at 750 East Xenia Drive, observed Anthony Harold **YORK** get into the driver seat of a silver Chevrolet Impala bearing Ohio tag HZH6855 parked at the gas station. A records check revealed that **YORK** had a suspended driver's license. A short time later Officers observed the silver Chevrolet Impala bearing Ohio tag HZH6855 driving and identified **YORK** as the driver of the vehicle. Officers initiated a traffic stop utilizing both their overhead lights and sirens near Cleary Drive and Erie Avenue in Fairborn, Ohio, which is within the Southern District of Ohio. **YORK** failed to stop and continued driving approximately 20

mph. **YORK** pulled into the driveway of 76 Rowland Drive and refused to acknowledge marked officers giving demands to exit the vehicle.

7. Officers approached the vehicle and pulled **YORK** from the driver's seat of the silver Chevrolet Impala and placed him in custody without incident. During the search incident to arrest Officers located a firearm in a holster on **YORK's** waistband. The firearm was further described as a Sarsilmaz model SAR 9, 9mm caliber pistol, bearing serial number T1102-20BV72423 with a total of fifteen (15) live rounds in the magazine and one (1) in the chamber.

8. Your affiant conducted a criminal record check related to **YORK**. The records check revealed that **YORK** had been previously convicted of an offense punishable by greater than one year in prison based on a review of certified conviction documents. Specifically, **YORK** was convicted in Greene County, Ohio, Common Pleas Court Case Number 93-CR-300, for Aggravated Burglary (F2). The records check also revealed that **YORK** was convicted in 2007 for Domestic Violence. This charge is in violation of Ohio Revised Code 2919.25 in the Fairborn, Ohio Municipal Court in case Number CRB 0702747.

9. Your affiant contacted S/A Chris Reed, an ATF Interstate Nexus agent who confirmed the listed firearm: a Sarsilmaz model SAR 9, 9mm caliber pistol, bearing serial number T1102-20BV72423, was made outside of the state of Ohio.

10. Based on the aforementioned facts, I respectfully submit that there is probable cause to believe that on or about July 7, 2021, in the Southern District of Ohio, Anthony Harold **YORK**, the defendant, possessed a Sarsilmaz model SAR 9, 9mm caliber pistol, bearing serial number T1102-20BV72423 with accompanying ammunition, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 922(g)(9).

**Further affiant sayeth naught.**

TIMUR HOUSUM
Digitally signed by TIMUR HOUSUM
Date: 2021.07.13 13:08:57 -04'00'

**Timur J. Housum**
**Special Agent, ATF**
**Cincinnati, Ohio**

**Subscribed and sworn to before me on this 13th day of July 2021.**

Sharon L. Ovington
United States Magistrate Judge